

# United States District Court
# Eastern District of California

Ramon Lopez Andrade

Plaintiff(s)

V.

Christopher Chestnut, et al

Defendant(s)

Case Number: 1:26-cv-02834-JLT-SKO

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Maria Salve Ganotice Olis hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Ramon Lopez Andrade

On 12/20/2021 (date), I was admitted to practice and presently in good standing in the .S. District Ct for the Southern District of Floric (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

N/A

Date: 04/15/2026    Signature of Applicant: /s/ Maria S. Ganotice Olis

**Pro Hac Vice Attorney**

Applicant's Name: **Maria Salve Ganotice Olis**

Law Firm Name: Wilders & Wineberg P.C.

Address: 515 Madison Ave, 6th Floor

City: New York     State: NY     Zip: 10022

Phone Number w/Area Code: (646) 277-9514

City and State of Residence: New York, New York

Primary E-mail Address: mia@wildeslaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Vanessa Molina

Law Firm Name: The Law Office of Vanessa Molina

Address: 1530 Lancaster Point Way

City: San Diego     State: CA     Zip: 92154

Phone Number w/Area Code: (619) 790-4300     Bar # 325672

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/4/2026

*Erin Guy Castillo*

JUDGE, U.S. DISTRICT COURT

U.S. District Court – Pro Hac Vice Application                    Page 2
Revised July 6, 2021